**DISTRICT OF MINNESOTA**

**STANLEY A. SLUPKOWSKI,**    Civil No. 08-1133 JNE/SRN

    **Plaintiff,**

v.

                                 **ORDER**

**WARDEN FMC ROCHESTER MN,**
**WARDEN FMC DEVENS MA.,**
**WARDEN FCC BUTNER NC., and**
**WARDEN MCFP SPRINGFIELD MO.,**

    **Defendants.**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated July 17, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

This action is **DISMISSED WITHOUT PREJUDICE**.

DATED:  August 18, 2008.

                                        s/ Joan N. Ericksen
                                        Judge Joan N. Ericksen
                                        United States District Court Judge